

Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ISLAMIC REPUBLIC OF IRAN SHIPPING LINES,**<br><br>          Plaintiff,<br><br>-against-<br><br>**GHAFFAR CORPORATION,**<br><br>          **Defendant.** | **RULE 7.1 STATEMENT**<br><br>**Electronically Filed** |

### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Taganroga Shipping Corporation hereby represents to this Honorable Court that said plaintiff does not have a corporate parent nor is there any publicly-held corporation that owns 10% or more of its stock.

Dated:   New York, NY
             October 11, 2007

                                                            BURKE & PARSONS
                                                            Attorneys for Plaintiff
                                                            ISLAMIC REPUBLIC OF IRAN
                                                            SHIPPING LINES

                                                            By  _/s/ Keith W. Heard_
                                                            Keith W. Heard (KH-8578)
                                                            100 Park Avenue
                                                            New York NY 10017-5533
                                                            (212) 354-3800