Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**ISLAMIC REPUBLIC OF IRAN SHIPPING LINES,**

          **Plaintiff,**

-against-

**GHAFFAR CORPORATION,**

          **Defendant.**

Civ. No. 07 CV 8782 (CSH)

Electronically Filed

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )

COUNTY OF NEW YORK )

I, MICHAEL J. WALSH, having been duly authorized to make service of the Process of Maritime Attachment and Garnishment in the above captioned action, hereby depose and say:

1. I am not a party to the action, am over 18 years of age and reside at 510 Swanson Crescent, Milford, Connecticut 06461.

2. At 1:00 p.m. on the 12th day of October 2007, I personally served garnishee, Habib American Bank, a copy of:

    (1) the Process of Maritime Attachment and Garnishment directed to Habib American Bank;

(2) the *Ex Parte* Order for Process of Maritime Attachment;

(3) Order Appointing Special Process Server; and

(4) Verified Complaint issued in this action.

3. I served garnishee Habib American Bank by leaving copies of the foregoing documents at Habib American Bank's place of business located at 99 Madison Avenue, New York, New York with Nasir U. Khan who stated he is employed with garnishee Habib American Bank as "Branch Manager".

_____
Michael J. Walsh

Subscribed and sworn to before me this
12th day of October 2007

_____
Notary Public

Penny S. Martinez
Notary Public State of New York
No. 01MA4865021 Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires 29 September 2010

9018_0008.doc