Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ISLAMIC REPUBLIC OF IRAN SHIPPING LINES,**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>　　　-against-<br><br>**GHAFFAR CORPORATION,**<br><br>　　　　　　　　　　**Defendant.** | Civ No. 07 CV 8782 (CSH)<br><br>Electronically Filed |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )

COUNTY OF NEW YORK )

I, MICHAEL J. WALSH, having been duly authorized to make service of the Process of Maritime Attachment and Garnishment in the above captioned action, hereby depose and say:

1. I am not a party to the action, am over 18 years of age and reside at 510 Swanson Crescent, Milford, Connecticut 06461.

2. At 11:34 a.m. on the 12th day of October, 2007, I personally served garnishee, Bank of America, a copy of:

　　　(1) the Process of Maritime Attachment and Garnishment directed to Bank of America;

  (2) the *Ex Parte* Order for Process of Maritime Attachment;

  (3) Order Appointing Special Process Server; and

  (4) Verified Complaint issued in this action.

3. I served garnishee Bank of America by leaving copies of the foregoing documents at the law offices of Zeichner, Ellman & Krause LLP, attn: Barry J. Glickman, Esq., at their offices located at 575 Lexington Avenue, New York, New York 10022 with Anthony Rosario who is employed with Zeichner, Ellman & Krause as "Assistant Managing Clerk".

                  _____
                     Michael J. Walsh

Subscribed and sworn to before me this
12th day of October 2007

_____
Notary Public

9018_0009.doc

Penny S. Martinez
Notary Public State of New York
No. 01MA4865021 Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires 29 September 2010