Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ISLAMIC REPUBLIC OF IRAN SHIPPING LINES,**<br><br>                    **Plaintiff,**<br><br>-against-<br><br>**GHAFFAR CORPORATION,**<br><br>                    **Defendant.** | Civ No. 07 CV 8782 (CSH)<br><br>Electronically Filed |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )

COUNTY OF NEW YORK )

I, MICHAEL J. WALSH, having been duly authorized to make service of the Process of Maritime Attachment and Garnishment in the above captioned action, hereby depose and say:

1. I am not a party to the action, am over 18 years of age and reside at 510 Swanson Crescent, Milford, Connecticut 06461.

2. At 12:40 p.m. on the 12th day of October 2007, I personally served garnishee, Standard Chartered Bank, a copy of:

      (1) the Process of Maritime Attachment and Garnishment directed to Standard Chartered Bank;

(2) the *Ex Parte* Order for Process of Maritime Attachment;

(3) Order Appointing Special Process Server; and

(4) Verified Complaint issued in this action.

3. I served garnishee Standard Chartered Bank by leaving copies of the foregoing documents at Standard Chartered Bank's place of business located at One Madison Avenue, New York, New York with Verena James who stated she is employed with garnishee Standard Chartered Bank as a "Central Services Operations Manager".

_____
Michael J. Walsh

Subscribed and sworn to before me this
12th day of October 2007

_____
Notary Public

9018_0007.doc

Penny S. Martinez
Notary Public State of New York
No. 01MA4865021 Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires 29 September 2010