Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ISLAMIC REPUBLIC OF IRAN SHIPPING LINES,** <br><br> Plaintiff, <br><br> -against- <br><br> **GHAFFAR CORPORATION,** <br><br> Defendant.. | Civ No. 07 CV 8782 (CSH) <br><br><br> Electronically Filed |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )

COUNTY OF NEW YORK )

I, MICHAEL J. WALSH, having been duly authorized to make service of the Process of Maritime Attachment and Garnishment in the above captioned action, hereby depose and say:

1. I am not a party to the action, am over 18 years of age and reside at 510 Swanson Crescent, Milford, Connecticut 06461.

2. At 11:05 a.m. on the 12th day of October, 2007, I personally served garnishee, UBS AG, a copy of:

    (1) the Process of Maritime Attachment and Garnishment directed to UBS AG;

      (2) the Amended *Ex Parte* Order for Process of Maritime Attachment;

      (3) Order Appointing Special Process Server; and

      (4) Verified Complaint issued in this action.

3. I served garnishee UBS AG by leaving copies of the foregoing documents at UBS AG's place of business located at 299 Park Avenue, New York, New York with Lidice Henriquez who stated she is employed with garnishee UBS AG as "Sanctions and Payments Analyst" and who confirmed to me that she was authorized to accept service of process on behalf of garnishee UBS AG.

                                                               Michael J. Walsh

Subscribed and sworn to before me this
12th day of October 2007

_____
Notary Public

9018_0019.doc

        **Penny S. Martinez**
    **Notary Public State of New York**
**No. 01MA4865021 Qualified in Suffolk County**
    **Certificate Filed in New York County**
  **Commission Expires 29 September 2010**