Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ISLAMIC REPUBLIC OF IRAN SHIPPING LINES,**<br><br>      **Plaintiff,**<br><br>-against-<br><br>**GHAFFAR CORPORATION,**<br><br>      **Defendant.** | Civ. No. 07 CV 8782 (CSH)<br><br>**Electronically Filed** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )

COUNTY OF NEW YORK )

I, MICHAEL J. WALSH, having been duly authorized to make service of the Process of Maritime Attachment and Garnishment in the above captioned action, hereby depose and say:

1. I am not a party to the action, am over 18 years of age and reside at 510 Swanson Crescent, Milford, Connecticut 06461.

2. At 11:15 p.m. on the 12th day of October 2007, I personally served garnishee, ABN Amro Bank, a copy of:

   (1) the Process of Maritime Attachment and Garnishment directed to ABN Amro Bank;

    (2) the *Ex Parte* Order for Process of Maritime Attachment;

    (3) Order Appointing Special Process Server; and

    (4) Verified Complaint issued in this action.

3. I served garnishee ABN Amro Bank by leaving copies of the foregoing documents at ABN Amro Bank's place of business located at 55 East 52nd Street, New York, New York with Patricia McElveen who is employed with garnishee ABN Amro Bank as "Senior Paralegal" and who confirmed to me that she was authorized to accept service of process on behalf of garnishee ABN Amro Bank.

_____
Michael J. Walsh

Subscribed and sworn to before me this
12th day of October 2007

_____
Notary Public

9018_0010.doc

Penny S. Martinez
Notary Public State of New York
No. 01MA4865021 Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires 29 September 2010