Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ISLAMIC REPUBLIC OF IRAN SHIPPING LINES,**<br><br>                 **Plaintiff,**<br><br>-against-<br><br>**GHAFFAR CORPORATION,**<br><br>                 **Defendant.** | **Civ. No. 07 CV 8782 (CSH)**<br><br><br>**Electronically Filed** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )

COUNTY OF NEW YORK )

I, WILLIAM F. DOUGHERTY, having been duly authorized to make service of the Process of Maritime Attachment and Garnishment in the above captioned action, hereby depose and say:

1. I am not a party to the action, am over 18 years of age and reside at 606 Gilbert Avenue, Pearl River, New York 10965.

2. At 10:56 a.m. on the 12th day of October 2007, I personally served garnishee, HSBC Bank USA, N.A., a copy of:

   (1) the Processes of Maritime Attachment and Garnishment directed to HSBC Bank USA, N.A;

   (2) the Amended *Ex Parte* Order for Process of Maritime Attachment;

   (3) Order Appointing Special Process Server; and

(4) Verified Complaint issued in this action.

3. I served garnishee HSBC Bank USA, N.A. by leaving copies of the foregoing documents at HSBC Bank USA, N.A.'s place of business located at 101 Park Avenue, New York, New York with Chanté A. Slater who is employed with garnishee HSBC Bank USA, N.A as "Branch Officer & Operations Manager" and who confirmed to me that she was authorized to accept service of process on behalf of garnishee HSBC Bank USA, N.A.

_____
William F. Dougherty

Subscribed and sworn to before me this
16th day of October 2007

_____
Notary Public

Penny S. Martinez
Notary Public State of New York
No. 01MA4865021 Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires 29 September 2010

9018_0017.doc