MEMO ENDORSED

# BURKE & PARSONS

COUNSELORS AT LAW
100 PARK AVENUE
NEW YORK NY 10017-5533

TELEPHONE + 1 212 354 3800
FACSIMILE + 1 212 221 1432

February 11, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/08

**VIA MESSENGER**

Hon. Charles S. Haight
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**Islamic Republic of Iran Shipping
Line v. Ghaffar Corporation
07 CV 8782 (CSH)
Our Ref: 9018**

Dear Judge Haight:

    We are attorneys for plaintiff in the captioned Rule B maritime attachment action. To date, our service of Process of Maritime and Garnishment on several banks in New York has failed to result in the attachment of any funds belonging to the defendant. Meanwhile, our client has determined that the defendant vessel charterer may have stopped operating as "Ghaffar Corporation" and is apparently operating out of the same address, with the same employees under a new name. As a result, we are awaiting instructions as to whether we are to file an Amended Complaint naming the new entity as Ghaffar's alter ego.

    While we have been awaiting our client's decision, we have reached the end of the period when we should serve process on Ghaffar Corporation under Rule 4(m) and, on behalf of plaintiff, we respectfully request that the Court extend the period for just one month to March 11, 2008. Within that time, we anticipate receiving instructions from our client as to whether we should simply dismiss the action or should instead

Hon. Charles S. Haight          Page 2 of 2          February 11, 2008

file an Amended Complaint and serve that on Ghaffar Corporation (if that is even possible) and its alter ego. We would very much appreciate the Court's indulgence in connection with this request.

                                                  Very truly yours

                                                  BURKE & PARSONS

                                                  Keith W. Heard
                                                  heard@burkeparsons.com

O:\CM\9018_MFB\BP_COR\0010.DOC

02/13/08

*So Ordered.*

_____
        USDJ