**MEMO ENDORSED**

# BURKE & PARSONS

COUNSELORS AT LAW
100 PARK AVENUE
NEW YORK NY 10017-5533

TELEPHONE + 1 212 354 3800
FACSIMILE + 1 212 221 1432

March 10, 2008



RECEIVED
MAR 1 1 2008
CHAMBERS OF
CHARLES S. HAIGHT, JR.
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03-11-08

**VIA MESSENGER**

Hon. Charles S. Haight
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

          **Islamic Republic of Iran Shipping
          Line v. Ghaffar Corporation
          07 CV 8782 (CSH)
          Our Ref: 9018**

Dear Judge Haight:

    We are attorneys for plaintiff in the captioned Rule B maritime attachment action. To date, our service of Process of Maritime and Garnishment on several banks in New York has failed to result in the attachment of any funds belonging to the defendant. As we indicated in our letter of February 11th, our client has developed information that the enterprise which was once trading under the name of Ghaffar Corporation is now operating from the same premises with the same personnel under a new name. We have received instructions to file an Amended Complaint naming both Ghaffar and its successor in interest, Active Marketing. The Amended Complaint has been drafted and we are simply awaiting authorization from our client to file it with the Court and obtain new Process of Maritime Attachment and Garnishment for service on the banks.

    Unfortunately, however, the extended time to serve the existing Complaint on defendant Ghaffar under Rule 4(m) is about to expire and we would like to avoid being in a situation where that time has lapsed before we file the Amended Complaint. Accordingly, we hereby request that plaintiff be allowed an additional forty-five days until April 25th to serve the Complaint on defendant Ghaffar Corporation. Well

within that time, we expect to receive instructions to file the Amended Complaint we have drafted and we express our regret to the Court that we do not already have that authority.

    We would very much appreciate the Court's indulgence in connection with this request.

Very truly yours<br>
BURKE & PARSONS<br>
<br>
Keith W. Heard<br>
heard@burkeparsons.com

O:\CM\9018_MFB\BP_COR\0011.DOC

SO ORDERED

_____  3/11/08
CHARLES S. HAIGHT JR.
SENIOR UNITED STATES DISTRICT JUDGE