ORIGINAL

Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05-16-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISLAMIC REPUBLIC OF IRAN SHIPPING LINES,<br><br>     Plaintiff,<br><br>-against-<br><br>GHAFFAR CORPORATION and ACTIVE MARKETING,<br><br>     Defendant. | SECOND ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO F.R.C.P. RULE 4(c)<br><br>07 CV 8782 (CSH) |

An application having been made by counsel for Plaintiff for an Order appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure.

NOW, on reading and filing the affidavit of Keith W. Heard sworn to on May 15, 2008, and good cause having been shown, it is hereby

O R D E R E D that William F. Dougherty, Christopher H. Dillon, Keith W. Heard, Michael J. Walsh, Penny Harris and Jayson Cofield, or any other partner, associate, paralegal or agent of Burke & Parsons, be and hereby is appointed, in addition to the United States Marshal, to serve the Amended Process of Maritime Attachment and Garnishment and the Amended Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who

Dated:   New York NY
         May 16, 2008

_____
Deborah A. Batts
U.S.D.J.

Second Order Appointing Special        - 2 -
Process Server