ORIGINAL

Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY  10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ISLAMIC REPUBLIC OF IRAN SHIPPING LINES,**<br><br>           **Plaintiff,**<br><br>    **-against-**<br><br>**GHAFFAR CORPORATION and ACTIVE MARKETING,**<br><br>           **Defendant.** | **AMENDED AFFIDAVIT IN SUPPORT OF MARITIME ATTACHMENT UNDER SUPPLEMENTAL RULE B**<br><br>**07 CV 8782 (CSH)** |

STATE OF NEW YORK   )

COUNTY OF NEW YORK  )

   KEITH W. HEARD, being duly sworn, deposes and states the following under oath:

   1.   I am a member of the bar of this Court and a partner in the law firm of Burke & Parsons.  I am familiar with the facts of this matter and make this Amended Affidavit in support of Plaintiff's request for the issuance of an Amended Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, annexed to the Federal Rules of Civil Procedure.

   2.   I have attempted to locate Defendants Ghaffar Corporation and Active Marketing within this District.  As part of my investigation to locate Defendants

within this District, I checked on-line telephone information directories and did not find any listings for either of the Defendants in New York. I also checked the 2008 Transportation Telephone Tickler published by *The Journal of Commerce* and found no entry for either of the Defendants in the New York metropolitan area. Internet searches at www.yahoo.com and www.google.com failed to reveal any information suggesting a presence of either of the Defendants within the Southern District of New York. In addition, the information available through an Internet search of the New York State Department of State, Division of Corporations Database, did not contain any listing for either of the Defendants.

3.    The foregoing investigation has also failed to reveal any address, representative or agent within the District that either of the Defendants may have designated for the receipt of process to be served upon Defendants or either of them.

4.    Based upon the foregoing, it is apparent that neither of the Defendants can be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

5.    Upon information and belief, one or both Defendants have, or may have during the pendency of this action, property, goods, chattels, funds or credits and effects within the District in the hands of garnishees, including, but not limited to, ABN Amro; American Express Bank; Bank of America NA; Bank of New York Mellon; Citibank; Deutsche Bank AG; Fleet National Bank, Habib American Bank, Habib Bank Ltd., HSBC Bank USA NA; JP Morgan Chase Bank; Mashreq Bank, National Bank of Pakistan, Standard Chartered Bank; UBS AG, Wachovia Bank and/or Wells Fargo Bank NA.

6.    This is Plaintiff's first request for this relief as against defendant Active Marketing.

_____
Keith W. Heard

Sworn to before me this
*15TH* day of May 2008.

_____
Notary Public

Penny S. Martinez
Notary Public State of New York
No. 01MA4865021 Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires 29 September 2010