# BURKE & PARSONS
COUNSELORS AT LAW
100 PARK AVENUE
NEW YORK NY 10017-5533

TELEPHONE + 1 212 354 3800
FACSIMILE + 1 212 221 1432



August 11, 2008

**VIA MESSENGER**



Hon. Charles S. Haight
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**Islamic Republic of Iran Shipping
Line v. Ghaffar Corporation
and Active Marketing
07 CV 8782 (CSH)
Our Ref: 9018**

Dear Judge Haight:

   We are attorneys for plaintiff in the captioned Rule B maritime attachment action. In April, plaintiff filed an Amended Complaint in which Active Marketing, another company located in Karachi, Pakistan, was added as a defendant. Active Marketing was added (on an alter ego theory) because plaintiff's London solicitors developed information that Active was essentially the "new name" under which defendant Ghaffar was doing business. Active is located in the same office in which Ghaffar had previously resided and, from all that we can tell, conducts the same business.

   We have been serving Process of Maritime Attachment and Garnishment on various banks in New York in an effort to interdict wire transfers passing through the banking system to or from the defendants. To date, those efforts have not been fruitful but we are still hopeful that funds in the amount of plaintiff's claim, which is subject to arbitration in London, can be attached.

Hon. Charles S. Haight          Page 2 of 2          August 11, 2008

    This coming Thursday, August 14th, is the deadline for plaintiff to effect service of process on the defendants. Plaintiff is concerned, however, that if it effects service, the defendants will take evasive action to circumvent the attachment, effectively nullifying plaintiff's efforts to obtain security. Accordingly, plaintiff respectfully requests that it be given an additional sixty days (until October 14, 2008) in which to effect service on the defendants. If plaintiff has not attached any funds belonging to the defendant by that date, then plaintiff may have to re-think its strategy in this matter. However, having the additional time will give plaintiff a further opportunity in which to obtain security for its claims, without which the arbitration is likely to result in an award that will be extremely difficult to enforce.

    The Court's indulgence in considering this request would be greatly appreciated.

Respectfully submitted,

BURKE & PARSONS

*[signature]*

Keith W. Heard
heard@burkeparsons.com

O:\CM\9018_MFB\BP_COR\0015.DOC

SO ORDERED
_____
CHARLES S. HAIGHT JR.
SENIOR UNITED STATES DISTRICT JUDGE